ATTACHMENT I

15B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

ENTERED ON DOCKET
3-19-01
PURSUANT TO FRAP 4(b)

FOR THE District of   PUERTO RICO

UNITED STATES OF AMERICA
v.

PEDRO GOMEZ-VERA

a/k/a "PAPUN"

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:   97-CR-284-17 (JAF)

Case Number:   99-CR-161-06 (CCC)

Case Number:   99-CR-315-33 (DRD)

JOHN BERGENDAHL, ESQ. & ROBERT ODASZ, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X  pleaded guilty to count(s)   One in Cr. 97-284-17 (JAF) / One in Cr. 99-161-6 (CCC) & One in Cr. 99-315-33 (DRD)

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CR. 97-284-17 (JAF) 21:846 | Conspiracy to Possess with intent to distribute one hundred and fifty (150) kilograms of cocaine, a class "A" felony. | Beginning Latter part 1992 & ending on or about 1998 | ONE |
| CR. 99-161-04 (CCC) 21:846 | Conspiracy to possess with intent to distribute one (1) kilogram of cocaine, a Class "B" felony. | Beginning Nov. 1, 1997 | ONE |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

X  Count(s)   ANY REMAINING COUNTS    X is   X are   dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 02-23-65

Defendant's USM No.: 13974-069

Defendant's Residence Address:

#99 BORINQUEN AVENUE

AGUADILLA, PUERTO RICO 00603

Defendant's Mailing Address:

---------SAME AS ABOVE---------

MARCH 5, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

JOSE A. FUSTE, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

3/13/01
Date

3/13/01
Also: 2 USM, 1 MDC
S/cs: USM- USPO- PTSO- FC

B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1 — Reverse

DEFENDANT: PEDRO GOMEZ-VERA
CASE NUMBER: 97-CR-284-17 (JAF) / 99-CR-161-06 (CCC)/99-CR-315-33 (DRD)

Judgment—Page 2 of 8

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded and ending 8-12-99 | Count Number(s) |
|---|---|---|---|
| **CR. 99-315-33 (DRD)** 21:846 | Conspiracy to possess with intent to distribute in excess of five (5) kilograms of cocaine and in excess of five (5) kilograms of cocaine and in excess of one hundred kilograms of marihuana, a class "A" felony. | On or about summer of 1990 until Oct. 6, 1999 | ONE |

AO 245B  (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:      PEDRO GOMEZ-VERA
CASE NUMBER:    97-CR-284-17 (JAF) / 99-CR-161-06 (CCC)/99-CR-315-33 (DRD)

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ on each count of conviction, said terms to be served concurrently with each other, as well as, with any term of imprisonment being served locally and that which was imposed by this Court on August 25, 1999, on the basis of a revocation of probation in Criminal Case 96-190 (JAF).

☐ The court makes the following recommendations to the Bureau of Prisons:
Defendant be allowed to remain in P.R. for a brief period of time. In addition, that he be allowed to participate _____

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.