

U.S. Department of Justice

*Federal Bureau of Prisons*

Designation & Sentence Computation Center
Grand Prairie, Texas 75051

Date:   06-04-2008

To: Inmate Electronic File

From:   Karen Craighead
Operations Manager          **Karen Craighead**
DSCC - Oscar Team

RE:     Inmate Name:    Gomez-Vera, Pedro
        Register Number: 13074-069

Timeline of Events

| | |
|---|---|
| 10-19-1995 | Sentenced to an 8 year suspended sentence with the state. |
| 07-11-1996 | Arrested and bonded same day by federal authorities for violation of 18:1029(a)(5) Fraud and Related Activity w Access Devices. |
| 12-13-1996 | Sentenced to 3 years probation - Dkt #3:96CR00190-003 for above charges. |
| 06-15-1999 | Arrested by state authorities for violation of 8 year suspended sentence and for new criminal conduct. |
| 07-19-1999 | USM borrowed inmate from state custody for probation violation hearing. |
| 08-25-1999 | Sentenced federally for probation violation to 15 mos CBOP w/2 yr SRT to follow. Federal judgment was silent. Dkt# 3:96CR00190-003.<br><br>(Note: At this point the sentence should have been lodged as a detainer and the inmate should have been returned to primary state custody, instead the inmate erroneously remained in federal custody.) |
| 10-26-1999 | New federal charges were filed for 3 counts of drug conspiracy under 3 different docket numbers. |
| 12-13-1999 | Sentenced by state to 3 years for new criminal conduct based on arrest of 06-15-1999, and invoked the 8 years previously suspended on 10-19-1995, for a total of 11 years to serve with the state. |

(Note: At this point the state authorities did not realize they had primary jurisdiction and he remained in federal custody.)

03-05-2001   Sentenced to 151 months CBOP, with 5 yr SRT to follow on Dkt #'s 97-CR-284-17(JAF), 99-CR-161-06(CCC) and 99-CR-315-33(DRD) for the charge of 21:846 Conspiracy to Possess With Intent to Distribute Cocaine and Marijuana. These sentences were ordered to run concurrent with each other, the state sentence and the federal probation violation sentence of 15 months imposed on 08-25-1999.

06-21-2001   The mistake was caught concerning primary jurisdiction and the inmate was returned to state custody for service of their sentence. A "Nunc Pro Tunc" designation was completed to designate the state facility for service of the federal sentences imposed on 03-05-2001. The probation violation sentence was absorbed by the 151 month federal term imposed, as the probation violation term could not begin prior to release from the state sentence. "Willis" credit has been applied to the federal sentence from 06-15-1999, the date of state arrest, through 12-12-1999, the date prior to the imposition of the state sentence. Also awarded to the federal sentence is the arrest on 07-11-1996, as this arrest date is applicable to the probation violation term imposed.

04-17-2002   The state sentence was completed and the inmate was turned over to sole federal custody, at this point the probation violation term began running and as previously stated was absorbed by the 151 month sentence imposed on 03-05-2001.

The projected release date for this sentence is 08-22-2011. The sentence has been re-computed to accurately reflect the sequence of events and grant the inmate the maximum custody credit applicable by statute.

Synopsis:
Prior Custody Credit:   07-11-1996 thru 07-11-1996
Willis Credit:          06-15-1999 thru 12-12-1999
State Sentence:         12-13-1999 thru 04-17-2002
Federal Sentence:       03-05-2001 thru Projected Release date of 08-22-2011.

All applicable credit has been applied up to the time the first sentence begins running.

```
  DSC5B    540*23  *           SENTENCE MONITORING            *    06-04-2008
  PAGE 003          *             COMPUTATION DATA             *    14:51:23
                                   AS OF 06-04-2008

  REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO


 -----------------------CURRENT OBLIGATION NO: 010 ----------------------------
  OFFENSE CODE....: 391
  OFF/CHG: 21:846 CONSP TO PWITD 1 KG COCAINE.

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    151 MONTHS
   TERM OF SUPERVISION............:      5 YEARS
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CC W/ALL SJWS&STATE
   DATE OF OFFENSE................: 08-12-1999

 ----------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

  COURT OF JURISDICTION...........: PUERTO RICO
  DOCKET NUMBER...................: 99-CR-315-33(DRD)
  JUDGE...........................: FUSTE
  DATE SENTENCED/PROBATION IMPOSED: 03-05-2001
  DATE COMMITTED..................: 07-01-2002
  HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED...............: NO

                    FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
  NON-COMMITTED.:    $100.00           $00.00         $00.00          $00.00

  RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

 -----------------------CURRENT OBLIGATION NO: 010 ----------------------------
  OFFENSE CODE....: 391
  OFF/CHG: 21:846 CONSP TO PWITD IN EXCESS 5 KG COCAINE & IN EXCESS
           100 KG MARIHUANA.

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    151 MONTHS
   TERM OF SUPERVISION............:      5 YEARS
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CC W/ALL SJWS&STATE
   DATE OF OFFENSE................: 10-06-1999




  G0002           MORE PAGES TO FOLLOW . . .
```

```
DSC5B    540*23   *              SENTENCE MONITORING            *     06-04-2008
PAGE 004 OF 004  *                COMPUTATION DATA              *     14:51:23
                                  AS OF 06-04-2008

REGNO..: 13074-069  NAME: GOMEZ-VERA, PEDRO


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-04-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-04-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010:  010 010, 020 010, 030 010, 040 010

DATE COMPUTATION BEGAN..........: 03-05-2001
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     12 YEARS        7 MONTHS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 07-11-1996

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                     07-11-1996      07-11-1996
                                     06-15-1999      12-12-1999

TOTAL PRIOR CREDIT TIME.........: 182
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 592
TOTAL GCT EARNED................: 378
STATUTORY RELEASE DATE PROJECTED: 08-22-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-05-2013

PROJECTED SATISFACTION DATE.....: 08-22-2011
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: COMP ADJUSTED TO CORRECT JAIL CREDIT AND PROPER SEQUENCE OF
                JUDGMENTS TO ACCURATELY REFLECT PRIMARY JURISDICTION. 06-04-08
                KSC/O.




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

```
DSCSB    540*23  *           SENTENCE MONITORING              *    06-04-2008
PAGE 001          *            COMPUTATION DATA               *    14:51:23
                                AS OF 06-04-2008

REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO


FBI NO............: 816117XA7           DATE OF BIRTH: 02-23-1965
ARS1..............: GUA/A-DES
UNIT..............: 1C CADRE            QUARTERS.....: A11-206L
DETAINERS.........: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 02-22-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-22-2011 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 3:96CR00190-003(JAF)
JUDGE............................: FUSTE
DATE SENTENCED/PROBATION IMPOSED: 12-13-1996
DATE PROBATION REVOKED...........: 08-25-1999
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 09-29-1999
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:    $50.00          $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   157
OFF/CHG: 18:1029(A)(5) PROB VIOL (FRAUD & RELATED ACTIVITY W/
         ACCESS DEVICES).

    SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
    TERM OF SUPERVISION.............:     2 YEARS
    DATE OF OFFENSE.................: 07-11-1996

----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 97-CR-284-17(JAF)
JUDGE............................: FUSTE



G0002        MORE PAGES TO FOLLOW . . .
```

```
  DSC5B   540*23  *          SENTENCE MONITORING           *    06-04-2008
  PAGE 002         *            COMPUTATION DATA           *      14:51:23
                               AS OF 06-04-2008

  REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO


  DATE SENTENCED/PROBATION IMPOSED: 03-05-2001
  DATE COMMITTED...................: 07-01-2002
  HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED................: NO

                     FELONY ASSESS    MISDMNR ASSESS    FINES        COSTS
  NON-COMMITTED.:    $100.00          $00.00            $00.00       $00.00

  RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:   $00.00

  ------------------------CURRENT OBLIGATION NO: 010 ------------------------
  OFFENSE CODE....:  391
  OFF/CHG: 21:846 CONSP TO PWITD 150 KG OF COCAINE.

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    151 MONTHS
    TERM OF SUPERVISION............:      5 YEARS
    RELATIONSHIP OF THIS OBLIGATION
      TO OTHERS FOR THE OFFENDER...: CC W/ALL SJWS&STATE
    DATE OF OFFENSE................: 01-31-1998

  ------------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------

  COURT OF JURISDICTION............: PUERTO RICO
  DOCKET NUMBER....................: 99-CR-161-06(CCC)
  JUDGE............................: FUSTE
  DATE SENTENCED/PROBATION IMPOSED: 03-05-2001
  DATE COMMITTED...................: 07-01-2002
  HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED................: NO

                     FELONY ASSESS    MISDMNR ASSESS    FINES        COSTS
  NON-COMMITTED.:    $100.00          $00.00            $00.00       $00.00

  RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:   $00.00




  G0002       MORE PAGES TO FOLLOW . . .
```

*ATTACHMENT II* (handwritten)

```
  GUAM8   540*23  *         SENTENCE MONITORING          *   04-01-2008
  PAGE 001         *         COMPUTATION DATA            *   14:55:28
                              AS OF 04-01-2008

REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO


FBI NO............: 816117XA7
ARS1..............: GUA/A-DES              DATE OF BIRTH: 02-23-1965
UNIT..............: 1C CADRE
DETAINERS.........: NO                     QUARTERS.....: A11-206L
                                           NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-04-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-04-2011 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: PUERTO RICO
DOCKET NUMBER...................: 97-CR-284-17(JAF)
JUDGE...........................: FUSTE
DATE SENTENCED/PROBATION IMPOSED: 03-05-2001
DATE COMMITTED..................: 07-01-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:   $00.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE ONE
         HUNDRED AND FIFTY (150) KILOGRAMS OF COCAINE.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    151 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 01-31-1998

 REMARKS.......: COUNT 1 - 151 MONTHS CONCURRENTLY WITH EACH CONVICTION AND
                 FIVE YEARS OF SUPERVISED RELEASE CONCURRENTLY WITH EACH
                 CONVICTION.  ALSO THIS TERM WILL RUN CONCURRENTLY WITH
                 PROBATION VIOLATION CASE 3:96CR00190-003.

-----------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------




G0002        MORE PAGES TO FOLLOW . . .
```

```
GUAM8    540*23  *          SENTENCE MONITORING         *     04-01-2008
PAGE 002         *           COMPUTATION DATA           *     14:55:28
                            AS OF 04-01-2008

REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO


COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 99-CR-161-06(CCC)
JUDGE............................: FUSTE
DATE SENTENCED/PROBATION IMPOSED: 03-05-2001
DATE COMMITTED...................: 07-01-2002
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

------------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  391
OFF/CHG: 21 USC 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE ONE
         (1) KILOGRAM OF COCAINE

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    151 MONTHS
 TERM OF SUPERVISION.............:      5 YEARS
 CLASS OF OFFENSE................: CLASS B FELONY
 DATE OF OFFENSE.................: 08-12-1999

------------------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------
COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 99-CR-315-33(DRD)
JUDGE............................: FUSTE
DATE SENTENCED/PROBATION IMPOSED: 03-05-2001
DATE COMMITTED...................: 07-01-2002
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00




G0002         MORE PAGES TO FOLLOW . . .
```

```
GUAM8    540*23   *         SENTENCE MONITORING         *    04-01-2008
PAGE 003          *          COMPUTATION DATA           *    14:55:28
                              AS OF 04-01-2008

REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO


------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391
OFF/CHG: 21 USC 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE IN
         EXCESS OF FIVE(5) KILOGRAMS OF COCAINE & IN EXCESS OF FIVE(5)
         KILOGRAMS OF COCAINE & IN EXCESS OF ONE HUNDRED KILOGRAMS OF
         MARIHUANA

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   151 MONTHS
  TERM OF SUPERVISION.............:   5 YEARS
  CLASS OF OFFENSE................: CLASS A FELONY
  DATE OF OFFENSE.................: 10-06-1999

-------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-08-2005 AT GUA AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 030 010, 040 010

DATE COMPUTATION BEGAN...........: 03-05-2001
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT.............:   151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS      7 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 01-31-1998

JAIL CREDIT......................:    FROM DATE      THRU DATE
                                       07-11-1996    07-11-1996
                                       06-15-1999    08-24-1999
                                       09-27-2000    03-04-2001




G0002         MORE PAGES TO FOLLOW . . .
```

```
GUAM8   540*23  *          SENTENCE MONITORING        *   04-01-2008
PAGE 004         *          COMPUTATION DATA           *   14:55:28
                            AS OF 04-01-2008

REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO


TOTAL PRIOR CREDIT TIME.........: 231
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 592
TOTAL GCT EARNED................: 378
STATUTORY RELEASE DATE PROJECTED: 07-04-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-15-2013


PROJECTED SATISFACTION DATE.....: 07-04-2011
PROJECTED SATISFACTION METHOD...: GCT REL




G0002       MORE PAGES TO FOLLOW . . .
```

```
GUAM8   540*23  *           SENTENCE MONITORING           *     04-01-2008
PAGE 005         *           COMPUTATION DATA              *     14:55:28
                              AS OF 04-01-2008

REGNO..: 13074-069  NAME: GOMEZ-VERA, PEDRO


FBI NO............: 816117XA7        DATE OF BIRTH: 02-23-1965
ARS1..............: GUA/A-DES
UNIT..............: 1C CADRE         QUARTERS.....: A11-206L
DETAINERS.........: NO               NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-04-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-04-2011 VIA GCT REL

-------------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 3:96CR00190-003(JAF)
JUDGE............................: FUSTE
DATE SENTENCED/PROBATION IMPOSED: 12-13-1996
DATE PROBATION REVOKED...........: 08-25-1999
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 08-25-1999
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $50.00          $00.00           $00.00         $00.00

RESTITUTION...:   PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  157
OFF/CHG: 18:1029(A)(5) PROB VIOL (FRAUD & RELATED ACTIVITY W/ACCESS
         DEVICES)

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   15 MONTHS
TERM OF SUPERVISION.............:    2 YEARS
DATE OF OFFENSE.................: 07-11-1996




G0002       MORE PAGES TO FOLLOW . . .
```

```
GUAM8   540*23  *        SENTENCE MONITORING         *     04-01-2008
PAGE 006 OF 006 *         COMPUTATION DATA           *     14:55:28
                          AS OF 04-01-2008
```

REGNO..: 13074-069 NAME: GOMEZ-VERA, PEDRO

------------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-30-2004 AT EGL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN..........: 08-25-1999
TOTAL TERM IN EFFECT............:    15 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       3 MONTHS
EARLIEST DATE OF OFFENSE........: 07-11-1996

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 59
TOTAL GCT EARNED................: 59
STATUTORY RELEASE DATE PROJECTED: 09-26-2000
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-24-2000

ACTUAL SATISFACTION DATE........: 09-26-2000
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: EGL
ACTUAL SATISFACTION KEYED BY....: TJK
```

```
DAYS REMAINING..................: 59
FINAL PUBLIC LAW DAYS...........: 0
```

S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE