AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                          **APPEARANCE**

v.                                    CASE NUMBER: 97-284(JAF)

**OMAR F. GENAO-SANCHEZ, ET AL**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

July 24, 2008                          /s/Carmen M. Márquez
*Date*                                 *Signature*

                                       Carmen M. Márquez _____
                                       *Print Name*

                                       350 Torre Chardon, Suite 1201 _____
                                       *Address*

                                       Hato Rey, Puerto Rico 00918 _____
                                       *City*

                                       (787) 766-5656 _____
                                       Phone Number

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

At San Juan, Puerto Rico, July 24, 2008.


<u>S/Carmen M. Márquez</u>
Carmen M. Márquez - 211302